AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

Holscher

v.

Olson, et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-3023-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Accordingly, there is no section 1983 liability against the City. Defendants' Motion for Summary Judgment (Ct. Rec. 38), previously granted and denied in part, is now GRANTED in its entirety. Plaintiffs' Fourteenth Amendment property interest claim is DISMISSED.

July 8, 2008  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Vikki Johnson  
*(By) Deputy Clerk*  
Vikki Johnson